UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENNIE BEARD,

                         Plaintiff,                    Case Number 06-13715
v.                                                     Honorable David M. Lawson
                                                       Magistrate Judge Mona K. Majzoub
JOHN SIVI and FRANK ZDANKIEWICZ,

                         Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Presently before the Court is the report issued on December 3, 2007, by Magistrate Judge
Mona K. Majzoub pursuant to 28 U.S.C. § 636(b) recommending that this Court deny the
defendants' motion for summary judgment. Although the magistrate judge's report explicitly stated
that the parties to this action may object to and seek review of the recommendation within ten days
of service of the report, no objections have been filed. The parties' failure to file objections to the
Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of
Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the
magistrate judge's report releases the Court from its duty to independently review the motion.
*Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and
conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt
# 43] is **ADOPTED**.

It is further **ORDERED** that the defendants' motion for summary judgment [#40] is
**DENIED**.

It is further **ORDERED** that the matter is **REFERRED** to the Magistrate Judge for further proceedings in accordance with the Order of Reference previously filed.

s/David M. Lawson

DAVID M. LAWSON

United States District Judge

Dated: April 9, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 9, 2008.

s/Felicia M. Moses

FELICIA M. MOSES